IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-03374 WHA<br><br>**ORDER TO SHOW CAUSE** |

*Pro se* plaintiff Kenneth Taylor filed this bankruptcy appeal on July 18. Nearly three months have passed and the record on appeal has not been filed. Plaintiff is **ORDERED TO SHOW CAUSE** why this appeal should not be dismissed for failure to prosecute by **OCTOBER 18 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE