IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH TAYLOR,

    Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendant.

No. C 13-03374 WHA

**ORDER TO SHOW CAUSE**

*Pro se* plaintiff Kenneth Taylor filed this bankruptcy appeal on July 18. Nearly three months have passed and the record on appeal has not been filed. Plaintiff is **ORDERED TO SHOW CAUSE** why this appeal should not be dismissed for failure to prosecute by **OCTOBER 18 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE