IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH TAYLOR,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Defendant.

No. C 13-03374 WHA

**ORDER OF DISMISSAL**

*Pro se* plaintiff Kenneth Taylor filed this bankruptcy appeal on July 18. After the record on appeal was not filed for almost three months, plaintiff was ordered to show cause by October 18 why the appeal should not be dismissed. The deadline is long past and no response has been filed. The bankruptcy appeal is accordingly **DISMISSED**.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE